UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO:_____

SOMIA WILLIAMS,   LOWER COURT CASE NO.:
                 2023 CA 003935 NC
    Plaintiff,

v.

HISCOX INSURANCE COMPANY,

    Defendants.
_____/

**To:** **The Judges and Clerk of the United States District Court for the Middle District of Florida**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, HISCOX INSURANCE COMPANY ("Hiscox"), hereby files its Notice of Removal of Civil Action, removing the above-captioned action from the Circuit Court of the 12th Judicial Circuit in and for Sarasota County, Florida, in which it is pending, to the United States District Court for the Middle District of Florida. In support of removal, Hiscox states as follows:

## NOTICE OF REMOVAL IS TIMELY

1. On April 18, 2023, Plaintiff, Somia Williams ("Williams"), as Assignee of One National Service, LLC initiated this action by filing a Complaint against Hiscox in the Circuit Court of the 12th Judicial Circuit in and for Sarasota County, Florida, Case No. 2023 CA 003935 (the "State Court Action"). The Complaint names Hiscox as a Defendant.

2. Hiscox was served with the summons and complaint on April 25, 2023. Copies of all state court process, pleadings, and orders in this matter are attached as **Composite Exhibit 1**. There is no other defendant in this matter.

3. This notice is filed within thirty days of service of process on Hiscox, and therefore removal is timely under 28 U.S.C. § 1446(b).

4. No further proceedings have been had in the State Court Action as of the date of this removal.

## DIVERSITY OF CITIZENSHIP

5. This is a civil action over which this court has original jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a), which provides, in relevant part, that district courts have original jurisdiction over actions where the matter in controversy exceeds $75,000, exclusive of interest and costs, and where the action is between citizens of different states.

6. Williams alleges in the State Court Action that she was a resident of Sarasota County, Florida at all times material. ***See Exhibit 2, Complaint*** at ¶ 3. In the Amended Complaint against One National Service, LLC, Williams alleges that she was a resident of Manatee County, Florida. ***Exhibit 3, Amended Complaint in Underlying Action***, ¶ 2. Accordingly, Williams is domiciled in the State of Florida. Thus, Williams is a citizen of Florida.

7. Hiscox is a corporation incorporated in Illinois, with its principal place of business in Illinois. Therefore, Hiscox is a citizen of Illinois.

8. Complete diversity of citizenship exists because Williams and Hiscox are citizens of different states. Accordingly, the district court has original jurisdiction pursuant to 28 U.S.C. § 1332.

9. The Complaint requests that the Court declare that Williams is entitled to damages in the amount of $108,612.62 as the result of a Final Judgment against One National Service, LLC, among other damages. *See **Exhibit 2*** at ¶ 21.

10. More than $75,000 is in controversy as Williams seeks a declaration from the Court that she is entitled to such an amount.

11. Therefore, the amount in controversy requirement as set forth in 28 U.S.C. § 1332 is satisfied, and the Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

## **REMOVAL TO THIS DISTRICT IS PROPER**

12. Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removal of the above-captioned State Court Action to this Court is appropriate.

13. Pursuant to 28 U.S.C. § 1441(a), removal to this Court is appropriate as the district and division embracing the place where the State Court Action is pending.

14. Hiscox will promptly serve Williams with this Notice of Removal, informing Williams that this matter has been removed to federal court. Hiscox will also promptly file a copy of this Notice of Removal with the state court where the action is pending.

DATED this 15th day of May, 2023

By: */s/ Kristen D. Perkins*

                KRISTEN D. PERKINS
                Florida Bar No.: 611816

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically with the Court using the CM/ECF system, which action will cause automatic electronic notification of the filing from the Court to be served upon all parties who have registered for electronic service with this Court's e-filing portal on this 15th day of May, 2023.

**KENNEDYS CMK, LLP**
1395 Brickell Avenue
Suite 610
Miami, FL 33131
Tel.: (305) 371-1111

By: */s/ Kristen D. Perkins*
    KRISTEN D. PERKINS
    Florida Bar No.: 611816
    JORDAN H. LEWIS
    Florida Bar No.: 123592
    Kristen.Perkins@KennedysLaw.com
    Jordan.Lewis@KennedysLaw.com
    Tracy.Gowen@KennedysLaw.com