UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SOMIA WILLIAMS,**

    **Plaintiff,**

**v.**                                                                                                                         Case No: 8:23-cv-1078-MSS-MRM

**HISCOX INSURANCE COMPANY,
INC.,**

    **Defendant.**

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 11) and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 25th day of July 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party